[No. 27839-5-III. Division Three. August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER PAUL DROTT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-01039-6, Vic L. VanderSchoor, J., entered January 22, 2009. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 38662-3-II. Division Two. August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ARLIN TAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02166-2, Thomas Felnagle, J., entered December 5, 2008. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Sweeney, J.

[No. 38828-6-II. Division Two. August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK LANG HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-00612-7, D. Gary Steiner, J., entered January 23, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 38923-1-II. Division Two. August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANSELMO NICOLAS BARRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00375-2, Amber L. Finlay, J., entered February 2, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.